**07 CIV 7551**

**JUDGE PRESKA**



Kevin Murphy (KM-2370)
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY 10151
Attorneys for Defendants
    Laerdal Medical AS
    Laerdal Medical Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

**Laerdal Medical AS
and Laerdal Medical Corporation**

    Plaintiffs,

        v.

**Zoll Medical Corporation, and
Zoll Circulation, Inc.,**

    Defendants.
-----------------------------------------------------------x

Civ. Action No.

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record certifies that Plaintiff Laerdal Medical AS is the sole corporate parent of Plaintiff Laerdal Medical Corporation, and is publicly-held.

00199494

| | |
|---|---|
| Dated: New York, New York<br>August 24, 2007 | FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, New York 10151<br>(212) 588-0800<br><br>By: _/s/ Kevin Murphy_<br>Kevin Murphy (KM-2370)<br>745 Fifth Avenue<br>New York, New York  10151<br>(212) 588-0800 |

00199494