UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
Laerdal Medical AS
and Laerdal Medical Corporation

    Plaintiffs,

        v.

Zoll Medical Corporation and
Zoll Circulation, Inc.,

    Defendants.
-----------------------------------------------------------x

Case No. 1:07-CV-07551 (LAP)

ECF CASE

NOTICE OF DISMISSAL
WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Laerdal Medical AS and Laerdal Medical Corporation hereby voluntarily dismiss the above-captioned action, without prejudice. This notice of dismissal is being filed before Defendants have filed an answer or a motion for summary judgment in this action.

FROMMER LAWRENCE & HAUG LLP

Dated:  January 17, 2008

        s/Charles J. Raubicheck
William F. Lawrence (WL-1395)
Charles J. Raubicheck (CR-5058)
Kevin Murphy (KM-2370)
745 Fifth Avenue
New York, New York 10151
Telephone:  (212) 588-0800
Facsimile:  (212) 588-0500

*Attorneys for Plaintiffs Laerdal Medical AS
and Laerdal Medical Corporation*