UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

Laerdal Medical AS
and Laerdal Medical Corporation

  Plaintiffs,

    v.

Zoll Medical Corporation and
Zoll Circulation, Inc.,

  Defendants.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/08

Case No. 1:07-CV-07551 (LAP)

ECF CASE

NOTICE OF DISMISSAL
WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Laerdal Medical AS and Laerdal Medical Corporation hereby voluntarily dismiss the above-captioned action, without prejudice. This notice of dismissal is being filed before Defendants have filed an answer or a motion for summary judgment in this action.

             FROMMER LAWRENCE & HAUG LLP

Dated: January 17, 2008
             s/Charles J. Raubicheck
             William F. Lawrence (WL-1395)
             Charles J. Raubicheck (CR-5058)
             Kevin Murphy (KM-2370)
             745 Fifth Avenue
             New York, New York 10151
             Telephone: (212) 588-0800
             Facsimile: (212) 588-0500

             *Attorneys for Plaintiffs Laerdal Medical AS
             and Laerdal Medical Corporation*

*The Clerk of the Court shall mark this action closed and all pending motions denied as moot.*

*So ordered*

*March 19, 2008*

*Loretta A. Preska*
*USDJ*